| | |
|---|---|
| 1 | RODNEY M. HUDSON (SBN #189363) |
| 2 | rodney.hudson@dbr.com<br>DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235 |
| 4 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| 6 | BAYER HEALTHCARE PHARMACEUTICALS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN LOMBARDO and ANTHONY LOMBARDO,<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER SCHERING PHARMA AG; GE HEALTHCARE, INC.; GE HEALTHCARE AS; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>   Defendants. | Case No. CV 11 1153 EMC<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**  ; ORDER |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based on the agreement between counsel for Plaintiffs Ann Lombardo and Anthony Lombardo, and Defendant Bayer HealthCare Pharmaceuticals Inc., it is hereby stipulated as follows:

The parties agree that the period of time within which Defendant Bayer HealthCare Pharmaceuticals Inc. may answer or otherwise respond to the Complaint is extended until after the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*,

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING
SF01/ 750430.1

CASE NO. CV 11 1153 EMC

1   MDL No. 1909, Case No. 1:09-gd-50000-DAP ("MDL"), pending in the United States District
2   Court of the Northern District of Ohio. Upon transfer, Defendant Bayer HealthCare
3   Pharmaceutical Inc.'s obligation to file a responsive pleading will be governed by Case
4   Management Order No. 5 issued in the MDL.
5
6   Dated: March 25, 2011                    DRINKER BIDDLE & REATH LLP
7
8                                            By:/s/ Rodney M. Hudson
                                                 Rodney M. Hudson
9
                                             Attorneys for Defendants
10                                           BAYER HEALTHCARE
                                             PHARMACEUTICALS INC.
11
12  Dated: March 25, 2011                    LEVIN SIMES KAISER & GORNICK LLP
13
14
                                             By:/s/ Lawrence J Gornick
15                                               Lawrence J. Gornick

16                                           Attorneys for Plaintiffs
                                             ANN LOMBARDO and ANTHONY
17                                           LOMBARDO
18
19
20  IT IS SO ORDERED:
21
22  _____
    Edward M. Chen
23  U.S. Magistrate Judge
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO FILE A RESPONSIVE PLEADING                  - 2 -                    CASE NO. CV 11 1153 EMC
SF01/ 750430.1

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*