```
 1  Douglas W. Robinson (SBN: 255909)
    SHOOK, HARDY & BACON L.L.P.
 2  Jamboree Center
    5 Park Plaza, Suite 1600
 3  Irvine, California 92614-2546
    Telephone: 949-475-1500
 4  Facsimile:  949-475-0016

 5  Attorneys for Defendant MALLINCKRODT INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN LOMBARDO and ANTHONY LOMBARDO,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER SCHERING PHARMA AG; GE HEALTHCARE, INC.; GE HEALTHCARE AS; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. CV 11-1153 EMC<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT MALLINCKRODT INC. TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>ORDER |

Pursuant to Local Rule 6-1 of the United District Court for the Northern District of California, and based on the agreement between counsel for plaintiffs Ann Lombardo and Anthony Lombardo, and Defendant Mallinckrodt Inc., it is hereby stipulated as follows:

The parties agree that the period of time within which Defendant Mallinckrodt Inc. may answer or otherwise respond to the Complaint is extended until after the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*, MDL No. 1909, Case No. 1:09-gd-50000-DAP ("MDL"), pending in the United States

District Court of the Northern District of Ohio.  Upon transfer, Defendant Mallinckrodt Inc.'s obligation to file a responsive pleading will be governed by Case Management Order No. 5 issued in the MDL.

Dated:  April 04, 2011                              SHOOK, HARDY & BACON L.L.P.


By:  /s/ Douglas W. Robinson
      Douglas W. Robinson
Attorney for Defendant Mallinckrodt Inc.


Dated: April 04, 2011                               LEVIN SIMES KAISER & GORNICK LLP


By:  /s/ Laura Brandenberg
      Lawrence J. Gornick
      Laura Brandenberg
Attorneys for Plaintiff Ann Lombardo and Anthony Lombardo


IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge